IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL SMITH                                                          PLAINTIFF

v.                         No. 4:11-cv-482-DPM

ALLY FINANCIAL INC.                                                  DEFENDANT

ORDER

The parties have informed the Court that they have "conclusively resolved" their dispute, finalized a settlement agreement, and they now jointly move to dismiss the case with prejudice. Motion, *Document No. 20*, granted. Smith's complaint is dismissed with prejudice. The 14 March 2012 hearing is cancelled and all pending motions are denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 February 2012