IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL SMITH                                                                                    PLAINTIFF

v.                               No. 4:11-cv-482-DPM

ALLY FINANCIAL INC.                                                                       DEFENDANT

JUDGMENT

Smith's complaint is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 February 2012